STATE OF NEW YORK  
UNITED STATES DISTRICT COURT  
DISTRICT: SOUTHERN/NY  

COUNTY OF  

INDEX # : 08 CV 0218  
Date Filed:  

*United States of America*

vs

*South Fallsburg, Ltd., et al*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

__Stephen L. Collen__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __January 28, 2008__ at __2:30pm__, at __C/O Corporation Service Company, 80 State St., Albany, NY 12207__, deponent served the within Summons In A Civil Case, Complaint, Notice of Pendency, Judge's Rules and Regulations and Electronic Case Filings *Instructions*

on: __South Fallsburg, Ltd.__, __Defendant__ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[X] By delivering thereat a true copy of each to __Niki Chappel, authorized agent__ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

[ ] On ___, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female    Color of skin: Black    Color of hair: Black    Age: 30    Height: 5'10"
Weight: 170    Other Features: Glasses

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on __January 29, 2008__

MARCY A. O'HARE  
NOTARY PUBLIC, State of New York  
No. 4865530, Qualified in Albany County  
Term Expires July 14, 2010

Stephen L. Collen

Invoice•Work Order # 0800551

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

United States of America

**SUMMONS IN A CIVIL CASE**

V.

South Fallsburg, Ltd., John Does Nos. 1-10 and
Jane Does Nos. 1-10

CASE NUMBER:

**08 CV 0218**

**JUDGE BRIEANT**

TO: (Name and address of defendant)

South Fallsburg, Ltd.
200 N. Washington Square
Suite 20
Lansing, Michigan 48933

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Matthew L. Schwartz, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JAN 1 0 2008

DATE

(BY) DEPUTY CLERK