

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 13, 2008

BY FACSIMILE

Hon. Charles L. Brieant
United States District Judge
Attn: Alice Cama
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601
Facsimile: (914) 390-4085

    Re:   *United States of America v. South Fallsburg, Ltd., et al.*,
           No. 08 Civ. 0218 (CLB) (LMS)

Dear Judge Brieant:

    This Office represents the plaintiff in the above-referenced action. I write to confirm, per my telephone conversation with Ms. Cama this morning, that the initial conference scheduled for tomorrow morning has been adjourned, and that the United States will instead file its motion for a default judgment on or before April 4, 2008.

    Ms. Cama also directed me to notify the defendant that the initial conference has been postponed. As I explained, however, I have no way to do so in time for the notice to be meaningful. The only addresses I have for the defendant are an address in Michigan (which, in any case, appears not to be the defendant's address anymore) and defendant's agent of service in Albany. I will send this letter to those addresses via overnight mail, but they will not receive it in advance of the scheduled conference. I also have no telephone, facsimile, or electronic mail address for the defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Thank you for your consideration.

                Respectfully,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
      MATTHEW L. SCHWARTZ
      Assistant United States Attorney
      Telephone: (212) 637-1945
      Facsimile: (212) 637-2750

cc:    <u>BY OVERNIGHT DELIVERY</u>

      South Fallsburg, Ltd.
      c/o Corporation Service Company
      80 State Street
      Albany, New York 12207

      South Fallsburg, Ltd.
      200 North Washington Square, Suite 20
      Lansing, Michigan 48933