ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-1945
Facsimile:  (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
                Plaintiff,          :       NOTICE OF MOTION
                                    :       FOR DEFAULT JUDGMENT
         v.                         :       OF FORECLOSURE AND SALE
                                    :
                                    :       08 Civ. 218 (CLB)(LMS)
SOUTH FALLSBURG, LTD.,              :       ECF CASE
JOHN DOES NOS. 1-10                 :
and JANE DOES NOS. 1-10,            :
                                    :
                Defendants.         :
                                    :
- - - - - - - - - - - - - - - - - -x

     PLEASE TAKE NOTICE that upon the Annexed Declaration of Attorney Matthew L. Schwartz, and all prior pleadings and proceedings had herein, plaintiff will move this Court before the Honorable Charles L. Brieant, United States District Judge, United States Courthouse, 300 Quarropas Street, White Plains, New York, on submission, for an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a default judgment against defendant South Fallsburg, Ltd. and for such other and further relief as may be just and proper.



PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) answering papers, if any, are to be served within ten business days after service of the moving papers, and reply papers, if any, are to be served within five business days of service of any answering papers.

Dated:   New York, New York
         April 9, 2008

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                  Southern District of New York
                                Attorney for the United States
                                  of America

By: _____
      Matthew L. Schwartz
      Assistant United States Attorney
      86 Chambers Street
      New York, New York  10007
      Telephone: (212) 637-1945
      Facsimile: (212) 637-2750

TO:   South Fallsburg, Ltd.
      c/o Corporation Service Company
      80 State Street
      Albany, NY 12207