**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



US

                                      NOTICE OF REASSIGNMENT

      -v-

                                  7:08 CV 218 (KMK)(LMS)

SOUTH FALLSBURG

-------------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

      JUDGE: KENNETH M. KARAS

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                        J. Michael McMahon, CLERK

Dated: 08/26/2008
                            by: _____
                                  Deputy Clerk

CC:  Attorneys of Record

CASE REDESIGNATED TO: LISA M. SMITH

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                                                     Revised: September 9, 2004