MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :    TERMS OF SALE
                                    :
      v.                            :
                                    :    08 Civ. 218 (CLB)(LMS)
SOUTH FALLSBURG, LTD.,              :    ECF CASE
JOHN DOES NOS. 1-10                 :
and JANE DOES NOS. 1-10,            :
                                    :
            Defendants.             :
                                    :
- - - - - - - - - - - - - - - - - -x

        The premises described in the annexed notice of sale will be sold on September 19, 2008, under the direction of Joseph R. Guccione, United States Marshal for the Southern District of New York (the "Marshal"), pursuant to the Judgment entered herein, upon the following terms:

        1. Ten percent (10%) of the purchase money of said premises will be required to be paid in cash or certified check made payable to the "Clerk of the Court" and delivered to the Marshal or his authorized representative at the time and place of sale, and for which the Marshal or his authorized representative will give his receipt.

2. The balance of the purchase money will be required to be paid in cash or certified check made payable to the "Clerk of the Court" and delivered to the Marshal at his office, United States Courthouse, 500 Pearl Street, Fourth Floor, New York, New York 10007, within thirty (30) days from the date of sale, unless the time for payment shall be extended by the Marshal upon consent of the United States Attorney for the Southern District of New York.

3. The Marshal is not required to send any notice to the purchaser; and if the balance is not paid at the time and place specified in paragraph 2 hereof, the purchaser will be charged with interest thereafter on the whole amount of the purchase, unless the Marshal shall deem it proper to extend the time for completion of said purchase.

4. After full payment has been made pursuant to paragraphs 2 or 3 hereof, approval of the sale must be granted by the Court prior to delivery of the deed to the purchaser. However, if the purchaser is the United States Department of Agriculture, the deed shall be issued according to paragraph 10 below.

5. The purchaser of said premises will at the time and place of sale sign a memorandum of his or her purchase and an agreement to comply with the terms and conditions of the sale herein contained, which memorandum will be in a form chosen by

the Marshal.

  6. The premises are being sold subject to:

    a. Zoning ordinances, regulations of various governmental authorities having jurisdiction over the premises, and covenants and restrictions of record, if any;

    b. Rights of the public and others in and to any part of the mortgaged premises that lies within the bounds of any street, alley, or highway;

    c. Any state of facts that an accurate, currently dated survey or a personal inspection of the premises would disclose; and

    d. Any and all tenancies, possessory interests, and/or leases affecting said premises.

  7. Title insurance, if any, shall be paid for by the purchaser.

  8. The bidding will be kept open after the property is struck down, and in case any purchaser shall fail to comply with any of the above conditions of sale, the premises so struck down to him or her will again be put up for sale under the direction of the Marshal under these same terms of sale, without application to the Court, unless the plaintiff or the plaintiff's attorneys shall elect to make such an application; and such purchaser shall be held liable for any deficiency there may be

between the sum for which the premises shall be struck down upon the sale and that for which they may be purchased on resale, and also for all costs and expenses occurring on such resale.

9. The cost of the revenue stamps to be attached to the Deed, all Abstract and Title continuation, and/or other charges are to be paid by the purchaser.

10. The United States, through the United States Department of Agriculture, may bid on the mortgaged premises at the sale and, in the event that it shall be the highest bidder, the Marshal shall not require payment in cash of the amount of bid at the sale, but shall execute forthwith and deliver to the United States Department of Agriculture a deed to the premises sold.

Dated:    New York, New York
          August 4, 2008

                                        _____
                                        JOSEPH R. GUCCIONE
                                        United States Marshal for the
                                        Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOTICE OF SALE

08 Civ. 218 (CLB)(LMS)

Pursuant to a Default Judgment of Foreclosure and Sale of the United States District Court for the Southern District of New York, entered in the Office of the Clerk on April 11, 2008, in the case entitled <u>United States of America v. South Fallsburg, Ltd.</u>, 08 Civ. 218 (CLB)(LMS), the United States Marshal, or an authorized representative, will sell in one parcel at public auction on the steps of the Sullivan County Courthouse, Broadway and Bank Street, Monticello, New York, on September 19, 2008, at 12:00 noon, the property in said Judgment described and therein directed to be sold.  Interested parties are referred to the Complaint for a description of the property, which may be briefly described as follows:  The land and building thereon known as 21 Whittaker Road, South Fallsburg, New York.

The sale will be held by public auction in accordance with the terms of sale, rules and procedures of the United States District Court for the Southern District of New York and 28 U.S.C. §§ 2001 and 2002.  Copies of the Complaint, judgment and the complete terms of sale are on file at the Sullivan County Clerk's Office.

The minimum bid price may be obtained by calling the Rural Housing Service at (845) 343-1872, extension 4, any business day after September 12, 2008.  A deposit equal to ten percent (10%)

of the final bid must be submitted by cash or certified check at the time of bid. The United States Marshal for the Southern District of New York or his duly authorized representative is authorized to reject any final price received if in his opinion such bid is not fair or reasonable.

Dated:    New York, New York
          August 4, 2008

                                          _____
                                          JOSEPH R. GUCCIONE
                                          United States Marshal for the
                                          Southern District of New York

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
              Plaintiff,            :      AFFIDAVIT OF SERVICE
                                    :
       v.                           :
                                    :      08 Civ. 218 (CLB)(LMS)
SOUTH FALLSBURG, LTD.,              :
JOHN DOES NOS. 1-10                 :      ECF CASE
and JANE DOES NOS. 1-10,            :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - -x
```

I, DAVID FELDMAN, a citizen of the United States, over 18 and not a party to this action, make the following declaration. On September 2, 2008, I served the Notice of Sale and the Terms of Sale in this action on the following parties by sending said documents by Federal Express, addressed as follows:

> South Fallsburg, Ltd.
> c/o Corporation Service Company
> 80 State Street
> Albany, NY 12207

Dated:   New York, New York
         September 3, 2008                    _____
                                              David Feldman